UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RODNEY A. WILLIAMS,                                      Civil No. 06-2580 (JRT/FLN)

      Plaintiff,

v.                                                                                  **ORDER**

CENTRAL ROOFING COMPANY,

      Defendant.

---

    Rodney A. Williams, 593 Ashland Street, St. Paul, Minnesota 55102, plaintiff *pro se*.

    H. Le Phan, **FELHABER, LARSON, FENLON & VOGT**, 220 South Sixth Street, Suite 2200, Minneapolis, Minnesota 55402, for defendant.

    Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 4, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that Plaintiff's amended complaint is DISMISSED WITH PREJUDICE.


DATED:  July 5, 2007                                                s/John R. Tunheim
at Minneapolis, Minnesota.                                      JOHN R. TUNHEIM
                                                                 United States District Judge